HEATHER E. WILLIAMS, Bar #122664
Acting Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROMAN MIGUEL DURAN-ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:13-CR-00117 LJO |
|---|---|---|
| *Plaintiff,* | ) | |
| v. | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** |
| ROMAN MIGUEL DURAN-ALVARADO, | ) | *REQUEST DENIED: TRIAL SETTING SET* |
| *Defendant.* | ) | Date: May 20, 2013<br>Time: 1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MIA A. GIACOMAZZI, Assistant United States Attorney, counsel for plaintiff, and JEROME PRICE, Assistant Federal Defender, counsel for defendant Roman M. Duran-Alvarado, that the date for status conference in this matter may be continued to May 20, 2013, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is May 13, 2013, before the Honorable Lawrence J. O'Neill.  The requested new date is May 20, 2013, before the Honorable Sheila K. Oberto.**

The reason for this continuance is that we anticipate Mr. Duran-Alvarado will not change his plea. The requested continuance is with the intention of conserving time and resources for both parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                          BENJAMIN B. WAGNER  
                                        United States Attorney

DATED: May 8, 2013                    By    */s/ Mia A. Giacomazzi*  
                                                    MIA A. GIACOMAZZI  
                                                      Assistant United States Attorney  
                                                      Attorney for Plaintiff

                                        HEATHER E. WILLIAMS  
                                        Federal Defender

DATED: May 8, 2013                    By    */s/ Jerome Price*  
                                                      JEROME PRICE  
                                                      Assistant Federal Defender  
                                                      Attorneys for Defendant  
                                                      Roman M. Duran-Alvarado

## **O R D E R**

If the defendant will not be changing his plea, the status conference will not be continued off the docket of the undersigned.  Instead, the currently set date and time for the status conference will now become a trial setting conference.  Request DENIED.

       IT IS SO ORDERED.

**Dated:   May 9, 2013**                /s/  Lawrence J. O'Neill  
                                           UNITED STATES DISTRICT JUDGE