1  HEATHER E. WILLIAMS, Bar #122664
   Acting Federal Defender
2  JEROME PRICE, Bar #282400
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ROMAN MIGUEL DURAN-ALVARADO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   No. 1:13-CR-00117 LJO-SKO-1
                                         )
12              *Plaintiff,*             )
                                         )
13        v.                             )   **STIPULATION TO CONTINUE STATUS**
                                         )   **CONFERENCE AND  ORDER THEREON**
                                         )
14  ROMAN MIGUEL DURAN-ALVARADO,         )   Date:   August 19, 2013
                                         )   Time:   1:00 p.m.
15              *Defendant.*             )   Judge:  Hon. Sheila K. Oberto
    _____)

16

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18  counsel, MIA A. GIACOMAZZI, Assistant United States Attorney, counsel for plaintiff, and JEROME

19  PRICE, Assistant Federal Defender, counsel for defendant ROMAN M. DURAN-ALVARADO, that the

20  date for status conference in this matter may be continued to August 19, 2013, or the soonest date

21  thereafter that is convenient to the court.  **The date currently set for status conference is July 29, 2013.**

22  **The requested new date is August 19, 2013.**

23        The continuance is requested due to the unavailability of defense counsel.  Additionally, defense

24  counsel has finished investigations and by the next status conference will be ready to either set a change of

25  plea hearing or set for trial.

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded as necessary for

2   effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the

3   ends of justice served by granting the requested continuance outweigh the interests of the public and the

4   defendant in a speedy trial.

5

6                                                            BENJAMIN B. WAGNER
                                                             United States Attorney
7
    DATED: July 24, 2013                    By      /s/ Mia Giacomazzi
8                                                   MIA A. GIACOMAZZI
                                                    Assistant United States Attorney
9                                                   Attorney for Plaintiff

10

11                                                           HEATHER E. WILLIAMS
                                                             Federal Defender
12
    DATED: July 24, 2013                    By      /s/ Jerome Price
13                                                  JEROME PRICE
                                                    Assistant Federal Defender
14                                                  Attorneys for Defendant
                                                    Roman M. Duran-Alvarado
15

16

17

18                                     **O R D E R**

19      **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

20   pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

21

22   IT IS SO ORDERED.

23   Dated:    July 24, 2013              /s/ Michael J. Seng
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

Duran-Alvarado: Stipulation to Continue Status Conference          2